```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 32900
     STEVE SOMERS
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
          Debtor
     SSN XXX-XX-9297


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/19/05 and confirmed on 12/02/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  57283.63 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO HOME MTGE    CURRENT MORTG         .00            .00            .00
WELLS FARGO HOME MTGE    MORTGAGE ARRE    11954.83            .00        11954.83
MBNA AMERICA             UNSECURED        NOT FILED           .00            .00
BANK ONE/JPM CHASE       UNSECURED         1522.44            .00         1522.44
ASSET ACCEPTANCE CORP    UNSECURED          234.52            .00          234.52
     Summary of disbursements:
--------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED   11954.83      .00       1756.96         .00       13711.79
PRINCIPAL PAID       11954.83      .00       1756.96         .00       13711.79
INTEREST PAID             .00      .00            .00        .00            .00
TOTAL PAID           11954.83      .00       1756.96         .00       13711.79
The Debtor's attorney, PATRICK J HART                   , was allowed $   1977.50
and was paid $    606.00   direct and $   1371.50   through the plan.

The Trustee received $    602.12 .

Refunds to the Debtor totaled $   41598.22 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 03/10/08                  /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
   CASE NO. 05 B 32900 STEVE SOMERS
```